IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 22-02273-ESL7 |
| MARISOL MALDONADO RUIZ | Chapter 7 |
| xx-xx-3964 | |
| Debtor | FILED & ENTERED ON AUG/31/2022 |

ORDER

Upon debtor's consent (see answer, docket #12), the motion for relief of stay filed by Banco Popular de Puerto Rico is hereby granted. The hearing scheduled for September 20, 2022 at 9:00 a.m. is hereby VACATED and SET ASIDE.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 31 day of August, 2022.

*Enrique S. Lamoutte*
United States Bankruptcy Judge